Richard J. Meier, Esq.
Legal Helpers, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
Tel:  866-339-1156
Fax: 312-822-1064
Email: rjm@legalhelpers.com
*Attorney for Plaintiff Katelyn Uch*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Katelyn Uch,<br><br>     Plaintiff,<br><br>v.<br><br>GC Services, LP,<br><br>     Defendant. | Case No.: 2:08-cv-06946-ODW-RC<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice within 30 days.

                                                RESPECTFULLY SUBMITTED,

                                                Legal Helpers, P.C.

                                                By: */s/ Richard J. Meier*
                                                    Richard J. Meier
                                                    233 S. Wacker Drive, Suite 5150
                                                    Chicago, IL 60606
                                                    Tel: 1.866.339.1156
                                                    Fax: 1.312.822.1064
                                                    rjm@legalhelpers.com
                                                    *Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*