Richard J. Meier, Esq.
Legal Helpers, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
Tel:  866-339-1156
Fax: 312-822-1064
Email: rjm@legalhelpers.com
*Attorney for Plaintiff Katelyn Uch*

Amy K. Jensen
Hinshaw & Culbertson LLP
11601  Wilshire Blvd.  Suite 800
Los Angeles, CA  90025-1744
Tel: 310-909-8000
Fax: 310-909-8001
ajensen@hinshawlaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Katelyn Uch,<br><br>         Plaintiff,<br><br>v.<br><br>GC Services, LP,<br><br>         Defendant. | Case No.: 2:08-cv-06946-ODW-RC<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

  Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a) with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| Legal Helpers, P.C. | Hinshaw & Culbertson LLP |
| By: *Richard J. Meier* | By: *Amy K. Jensen* |
| Richard J. Meier, Esq. | Amy K. Jensen |
| 233 S. Wacker Dr., Suite 5150 | 11601  Wilshire Blvd.  Suite 800 |
| Chicago, IL 60606 | Los Angeles, CA  90025-1744 |
| Tel:  866-339-1156 | Tel: 310-909-8000 |
| Fax: 312-822-1064 | Fax: 310-909-8001 |
| Email: rjm@legalhelpers.com | ajensen@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*