JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Katelyn Uch, | Case No.: 2:08-cv-06946-ODW-RC |
| Plaintiff, | |
| v. | |
| GC Services, LP, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned matter is dismissed with prejudice and without an award of costs or attorney fees to either party.

**IT IS SO ORDERED.**

JUN – 3 2009

_____
United States District Judge
Central District of California

1